**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**Criminal Minutes – General**

Case No. __1:08cr81-P-D__   Place Held __Greenville__
Style __USA V. Rebecca Lynn Drake__
Date & Time: 9/24/09, 9:50 am – 10:10 am

Total Time __20 MIN__

PRESENT:
    Honorable W. Allen Pepper, Jr., United States District Judge

    __Sally W. Freeman__          __Susan Alford__

    Deputy Clerk                  Court Reporter


Attorneys Present:
Government: Clyde McGee for Scott F. Leary, AUSA
Defendant : Kenneth Coghlan, Oxford

**PROCEEDINGS:** Sentencing

**Docket Entry:** 9/24/09 Sentencing on COUNT ONE OF INFORMATION held; J&C to follow.

**REMARKS:**

Gov't's oral motion to dismiss Indictment and Superseding Indictment as to this Defendant; GRANTED

Defendant remanded to the custody of the U S. Marshal

                            DAVID CREWS, Clerk of Court
                            __/s/ Sally Freeman__
                            Courtroom Deputy